IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANTYRY MARTIN,<br>　　　*Plaintiff* | §<br>§<br>§ | |
| -vs- | § | SA-23-CV-00169-XR |
| | § | |
| SEDGWICK CLAIMS MANAGEMENT SERVICES INC., GENERAL ELECTRIC COMPANY,<br>　　　*Defendants* | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Defendants' Motion to Dismiss (ECF No. 7) is **GRANTED.** Plaintiff's short-term disability breach of contract claim is **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 12th day of July, 2023.

_____
Xavier Rodriguez
United States District Judge